Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Valerie Sirota**
D 212.704.6067
valerie.sirota@troutman.com

January 24, 2020

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 14A
New York, New York 10007

1. January 28, 2020 Conference adjourned to February 20, 2020, which will also be the date for the any pre-motion conference. So ordered. 1/25/20 /s/ John G. Koeltl/ U.S.D.J.

Re: *Park Avenue Aesthetic Surgery, P.C. v. Empire Blue Cross Blue Shield, et al.*
Civil Action No. 1:19-cv-09761-JGK
**First Request for Adjournment of Initial Conference**

Dear Judge Koeltl:

This firm represents Defendant Empire Blue Cross Blue Shield ("Empire") in the above-captioned action. Pursuant to Rule 1.E. of Your Honor's Individual Practices, we respectfully request an adjournment of the Initial Conference currently scheduled for next Tuesday, January 28, 2020. The Defendants' response to the Complaint is currently due on January 30, 2020, at which time both Defendants will be submitting pre-motion letters. Given the anticipated motion practice, we believe an Initial Conference is premature at this time.

This is Empire's first request for an adjournment of the Initial Conference. Co-Defendants GroupFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield join in this request and Plaintiff's counsel does not object to this request.

Respectfully submitted,

*/s/ Valerie Sirota*
Valerie Sirota

cc: Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-27-20