UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARK AVENUE AESTHETIC SURGERY, P.C.,

          Plaintiff,

- against -

EMPIRE BLUE CROSS BLUE SHIELD et al.,

          Defendants.

19cv9761 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The defendants should file their motions to dismiss by **March 13, 2020**. The plaintiff should respond by **April 10, 2020**. The defendants may reply by **April 24, 2020**. Discovery is stayed pending the decision on the motions to dismiss.

**SO ORDERED.**

Dated:    New York, New York
            February 20, 2020

                              **John G. Koeltl**
                         **United States District Judge**