UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARK AVENUE AESTHETIC SURGERY, P.C., | : Case No. 1:19-cv-09761-JGK |
| Plaintiff, | : |
| v. | : |
| EMPIRE BLUE CROSS BLUE SHIELD and GROUPFIRST OF MARYLAND, INC. AND GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD, | : **NOTICE OF MOTION TO DISMISS** |
| Defendants. | : |

PLEASE TAKE NOTICE that, upon the accompanying Brief and Certification of Wanda Lessner, and the exhibits thereto, Defendant Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield ("CareFirst") will move this Court, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's First Amended Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's February 21, 2020 Order, Plaintiff's opposition papers, if any, must be served by April 10, 2020, and CareFirst's reply must be served by April 24, 2020.

Dated: Livingston, New Jersey
      March 12, 2020                                     **BECKER LLC**

                                                          */s/ Michael E. Holzapfel, Esq.*
                                                          Michael E. Holzapfel, Esq.
                                                          meholzapfel@becker.legal

                                                          354 Eisenhower Parkway, Suite 1500
                                                          Livingston, New Jersey 07030
                                                          Telephone: (973) 422-1100
                                                          Facsimile: (973) 422-9122

                                                          *Attorneys for Defendant Group*
                                                          *Hospitalization and Medical Services, Inc.*
                                                          *d/b/a/ CareFirst BlueCross BlueShield*