```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

PARK AVENUE AESTHETIC SURGERY, P.C.,

            Plaintiff,

    - against -

EMPIRE BLUE CROSS BLUE SHIELD AND
GROUPFIRST OF MARYLAND, INC. AND
GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., D/B/A CAREFIRST
BLUECROSS BLUESHIELD,

           Defendants.

―――――――――――――――――――――――――――――

19-cv-9761 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

By Order dated February 19, 2021, the Court gave the plaintiff an opportunity to file a second amended complaint within 30 days. No such complaint was filed. Therefore, the dismissal of this case is with prejudice and the Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           March 22, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge